# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1035
_____

LAURA MICHELLE HOLLOMON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

September 20, 2019


PER CURIAM.

Finding no abuse of discretion in the trial court's restitution order, we affirm. *See Tolbert v. State*, 268 So. 3d 947, 948-49 (Fla. 1st DCA 2019) (recognizing that a restitution order is reviewed on appeal for an abuse of discretion and that there must be a causal connection between a defendant's offenses and the restitution).

AFFIRMED.

LEWIS, B.L. THOMAS, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Jennifer J. Moore and Damaris E. Reynolds, Assistant Attorneys General, Tallahassee, for Appellee.